UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-MJ-70529-MAG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] DETENTION ORDER |
| DONNIE BELL, DWIGHT HART, and ANTONIO JOHNSON | |
| Defendants. | |

On April 29, 2015, Donnie BELL, Dwight HART, and Antonio JOHNSON were charged by federal complaint with violating Title 18 United States Code, Sections 924(c); 2112; and 2. This matter came before the Court on May 4, 2015, for a detention hearing. The defendants were present and represented by counsel. Assistant United States Attorney William Frentzen appeared for the Government.

Pretrial Services submitted a report that recommended detention for all defendants, and a representative of Pretrial Services was present at the hearing. The Government moved for detention. Defendant Donnie BELL, through counsel, waived formal findings and was remanded to the custody of the United States Marshals Service. Defendants HART and JOHNSON opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community. Accordingly, Defendants HART and JOHNSON must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1). As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of other persons and the community as to Defendants HART and JOHNSON.

Each of the defendants has a criminal record. Defendant JOHNSON, for example, was previously convicted and incarcerated for assault with a deadly weapon. Following this conviction, Defendant JOHNSON was later convicted of being a felon in possession of a firearm and for evading a peace officer. The record further demonstrates that Defendant JOHNSON has committed new crimes while on probation or release for prior crimes. Defendant HART also has a criminal history which includes multiple incidents involving firearms. For example, Defendant HART was previously convicted for carrying a concealed loaded firearm and, later, for possessing an assault weapon. Defendant HART has committed new crimes while on probation, and was on probation during the conduct which gave rise to the current charges and is subject to a civil gang injunction.

The Government proffered facts regarding the current charges indicating that Defendants HART and JOHNSON participated in an armed robbery which included the brandishing of a firearm and a reckless and dangerous high-speed getaway. The Government's proffered facts also indicated that the Defendants afterwards made statements to law enforcement corroborating their involvement in the robbery and high-speed getaway.

These findings are made without prejudice to the Defendants' right to seek review of their respective detentions should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.  Defendants HART and JOHNSON be, and hereby are, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from

1  persons awaiting or serving sentences or being held in custody pending appeal.
2       2.    Defendants HART and JOHNSON be afforded reasonable opportunity for private
3  consultation with counsel; and
4       3.    On order of a court of the United States or on request of an attorney for the government,
5  the person in charge of the corrections facility in which Defendants HART and/or JOHNSON are
6  confined shall deliver Defendants HART and/or JOHNSON to an authorized United States marshal for
7  the purpose of any appearance in connection with a court proceeding.
8       IT SO ORDERED.

10 DATED: May 6, 2015

                        Hon. Elizabeth D. Laporte
                        United States Magistrate Judge